**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re: Richard John Young, Sr.** | **Chapter 7** |
| **Debtor(s).** | **Bankruptcy No. 21-12572-MDC** |

**O R D E R**

AND NOW, this 23rd day of December 2021, the Court having conducted a hearing with respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in the above-captioned Chapter 7 case, it is hereby

ORDERED that the debtor(s) are directed to appear and provide testimony at the rescheduled Section 341(a) Meeting of Creditors before the **Chapter 7 trustee Terry Dershaw on January 12, 2022 at 8:30 a.m.** For attendance by video please use this meeting id: https://zoom.us/j/8075458406. For participation by telephone, please call 301 715 8592 and use (access code/meeting id/passcode) 807 545 8406 to join the meeting. Counsel for the debtor(s) shall provide notice of this rescheduled Meeting of Creditors to all creditors and parties in interest. This will be the final rescheduling of the Meeting of Creditors; and it is further

ORDERED that a continued hearing on the Court's Order to Show Cause shall be held **telephonically by dialing 1-877-336-1828 access code 7855846** on **January 26, 2022** at 10:30 a.m. for the purpose of determining whether the debtor(s) complied with the terms of this Order.

[INTENTIONALLY LEFT BLANK]

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rules 4004(a) and 4007(b) and (c) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to 60 days after the date on which the meeting of creditors is actually conducted (or upon the filing and service of interrogatory responses or the conclusion of any dispute over interrogatory responses).

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee